UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMMAD AKRAMA,

                    Plaintiff,               25-cv-9159 (JGK)

           - against -              ORDER

CINQUE RESTAURANT INC., ET AL.,

                   Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by
**February 13, 2026.**

SO ORDERED.

Dated:    New York, New York
          January 30, 2026

                                John G. Koeltl
                      United States District Judge