# LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP

## COUNSELORS AT LAW

40 Wall Street, Suite 1608
New York, NY 10005
212.530.4823
212.530.4815 FAX

LHGKCM.COM

*[Handwritten: Deadlines stayed pending the result of mediation. The parties should advise the Court on the status of the case 7 days after the completion of mediation. So ordered. 6/Koelt USDJ. 2/11/26]*

PRIVATE LENDER GROUP
PROFESSIONAL ARTS CENTER
475 COUNTY RD 520
SUITE 200
MARLBORO, NJ 07746
212.536.3529
732.625.2463 FAX

FRANK J. LaRocca ᵻo
JONATHAN L. HORNIK
ROSE GREENBERG ᴬ
DAVID N. KITTREDGE
AMY D. CARLIN ᴬ
PATRICK McPARTLAND
JARED E. BLUMETTI
DREW TANNER ᵻ
ALLISON GLESSNER *
PETER KELEGIAN ᴬᵞ
LAUREN WEISSMAN-FALK ᵞ
NELSON DIAZ ᵞ
RIMA ZAMAN
CHRISTOPHER FORD ᵻ
RICK PEPSNY ᵻ
WILLIAM AITKEN ᵻ
JOHN L. GARCIA
ZIYI GAO ᴬ
SANFORD HAUSLER ᴬ
DANIEL KRAFT ᵻ
ANDREW NASTASHKIN ᵻ
LIRIAM QUINTANILLA FIGUEREO ᴬ

ᴬ NEW YORK BAR ONLY
ᵻ NEW JERSEY BAR ONLY
o CERTIFIED MATRIMONIAL LAW ATTORNEY
* SENIOR PARALEGAL
ᵞ SPECIAL COUNSEL

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHGKCM.COM

February 11, 2026

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re: Mohammad Akrama v. Cinque Restaurant Inc. et al.
Civil Action No. 25-cv-09159 (JGK)

Dear Judge Koeltl:

We represent plaintiff Mohammad Akrama in this matter and are writing, jointly with defendants and in accordance with Section I(C) of Your Honor's rules, to respectfully request that the parties' February 13, 2026 deadline to submit a Rule 26(f) report be adjourned *sine die* pending their completion of mediation. ECF Doc. No. 17.

This case was automatically referred to mediation pursuant to the Court's order, dated September 29, 2023, and the parties' mediation is now scheduled for March 18, 2026. ECF Doc. No. 13. The parties would prefer to devote their time and resources to potentially resolving this matter at mediation as opposed to fashioning a discovery plan that may not be necessary. Indeed, the parties understand that the September 29, 2023 order requires them to meet and confer pursuant to Rule 26(f) only to the extent they do not reach a settlement at mediation.

This is the parties' first request to adjourn their deadline to submit a Rule 26(f) report.

Respectfully submitted,

/s/ *Jared E. Blumetti*

Patrick McPartland
Jared E. Blumetti

cc: Counsel of record (*via ECF*)