## LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP

### COUNSELORS AT LAW

40 Wall Street, Suite 1608
New York, NY 10005
212.530.4823
212.530.4815 fax

LHGKCM.COM

PRIVATE LENDER GROUP
PROFESSIONAL ARTS CENTER
475 COUNTY RD 520
SUITE 200
MARLBORO, NJ 07746
212.536.3529
732.625.2463 fax

FRANK J. LaRocca ♦□
JONATHAN L. HORNIK
ROSE GREENBERG △
DAVID N. KITTREDGE
AMY D. CARLIN △
PATRICK MCPARTLAND
JARED E. BLUMETTI
DREW TANNER ‡
ALLISON GLESSNER *
PETER KELEGIAN △▾
LAUREN WEISSMAN-FALK ▾
NELSON DIAZ ▾
RIMA ZAMAN
CHRISTOPHER FORD ‡
RICK PEPSNY ‡
WILLIAM AITKEN ‡
JOHN L. GARCIA
ZIYI GAO △
SANFORD HAUSLER △
DANIEL KRAFT ‡
ANDREW NASTASHKIN ‡
LIRIAM QUINTANILLA FIGUEREO △

△ NEW YORK BAR ONLY
‡ NEW JERSEY BAR ONLY
□ CERTIFIED MATRIMONIAL LAW ATTORNEY
* SENIOR PARALEGAL
▾ SPECIAL COUNSEL

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHGKCM.COM

March 25, 2026

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re:  Mohammad Akrama v. Cinque Restaurant Inc. et al.
Civil Action No. 25-cv-09159 (JGK)

Dear Judge Koeltl:

We represent plaintiff Mohammad Akrama in this matter and are writing, jointly with defendants and in accordance with Your Honor's February 11, 2026 order, to advise the Court on the status of this case.

The parties were unable to resolve this matter during their mediation on March 18, 2026. As such, the parties respectfully request that they be permitted to submit a Rule 26(f) report by April 8th so they have sufficient time to meet and confer on their proposed discovery schedule.

Respectfully submitted,

/s/ *Jared E. Blumetti*

Patrick McPartland
Jared E. Blumetti

cc:  Counsel of record (*via ECF*)